RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11 / 27 / 06
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50074-05 |
| versus | JUDGE WALTER |
| LORENZO GUILLORY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **LORENZO GUILLORY** on August 24, 2006 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22 day of November, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE